# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF: J. D., A CHILD UNDER THE AGE OF EIGHTEEN YEARS. | No. 69089 |

J. D.,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

FILED

FEB 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal, stating that this appeal has been rendered moot by this court's opinion in *Scott v. First Judicial Dist. Court*, 131 Nev. Adv. Op. 101, ___ P.3d ___ (2015). We approve the stipulation and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. James E. Wilson, District Judge
Hon. James Todd Russell, District Judge
Luke A. Busby
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-04733